425 A.2d 19

Commonwealth v. Williams, Appellant.

Argued September 11, 1979. Joseph A. Ciccitti, for appellant; John J. Burfete, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.